UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 13-12313-WGY

| | |
|---|---|
| EDUARDO CARPANEDA, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>DOMINO'S PIZZA, INC.; DOMINO'S, INC.; DOMINO'S PIZZA, LLC; PMLRA PIZZA, INC.; and HENRY ASKEW,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Pursuant to Fed. R. Civ. P. 68, plaintiff Edward Carpaneda accepts the Offer of Judgment served by defendant PMLRA Pizza, Inc. on March 31, 2014.

EDWARD CARPANEDA,

By his attorneys,

_____
Stephen S. Churchill (BBO#564158)
Hillary Schwab (BBO#666029)
Brant Casavant (BBO#672614)
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-6230
steve@fairworklaw.com
hillary@fairworklaw.com
brant@fairworklaw.com

Dated: April 10, 2014

## CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing document was served on counsel for all parties by electronic and regular mail on this date.

Dated: April 10, 2014

/s/ Stephen S. Churchill
Stephen S. Churchill

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 10th day of April 2014.

                                            /s/ Eric R. LeBlanc