UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 13-12313-WGY

| | |
|---|---|
| EDUARDO CARPANEDA, on behalf of himself and all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> DOMINO'S PIZZA, INC.; DOMINO'S, INC.; DOMINO'S PIZZA, LLC; PMLRA PIZZA, INC.; and HENRY ASKEW, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## WITHDRAWAL OF ECF NO. 59

Plaintiff Eduardo Carpaneda withdraws ECF No. 59 so that he can file an assented-to version of the same request.

EDUARDO CARPANEDA,
By his attorneys,


/s/ *Stephen Churchill*
Stephen Churchill, BBO #564158
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA  02111
617-607-3260
steve@fairworklaw.com

Dated:  May 27, 2014

## **CERTIFICATE OF SERVICE**

      I certify that I served a copy of the foregoing document, by ECF, on all counsel on this date.

Dated:  May 27, 2014                 /s/ *Stephen Churchill*
                                          Stephen Churchill